IN THE COURT OF GENERAL SESSIONS

SHELBY COUNTY, TENNESSEE

DOCKET No. _142 4514_

## CIVIL WARRANT

**To any lawful officer to execute and return:**

Summon the defendant(s) __Liberty Mutual Group, Inc., d/b/a Liberty Life Assurance Company of Boston, by serving its__
__registered agent Corporation Service Company, 2908 Poston Ave., Nashville, TN 37203__
to appear before the Court of General Sessions of Shelby County, Tennessee, to be held at the courtrooms of said court
in said county and there to answer in a civil action brought by the plaintiff(s) __John Vanpelt__
__for Breach of Contract and Bad Faith Refusal to Pay pursuant to TCA § 56-7-105, for the wrongful denial of long-term__
__disability benefits under the Group Disability Income Policy, No. GF3-880-004151-01, issued by the defendant to__
__plaintiff; plus attorney fees and pre-and post-judgment interest__

_____ under __$25,000__ dollars.

| | |
|---|---|
| Issued this ____ day of _____, year____ | Atty for Plaintiff __Brett A. Hughes__ |
| OTIS JACKSON, JR., General Sessions Court Clerk | Address __2700 One Commerce Square, Memphis, TN 38103__ |
| | Phone No. __(901) 525-1455__ |
| By _____ | Code No. __H34507__ |
| Deputy Clerk | B.P.R. No. __18048__ |

## JUDGMENT

_____judgment _____

_____ $___

plus interest at the rate of _____% and cost of suit, for which execution may issue.

This __0__ day of _____, year____

Judge of Division _____

| | |
|---|---|
| Came to hand same day issued and executed as commanded on _____ | Came to hand same day issued and executed as commanded on _____ |

### COURT HEARING

Day __19__ Date __May__ Year __2010__ Time __10 AM__ o'clock____m.
Room 106, Shelby County Courthouse, 140 Adams Avenue, Memphis, Tennessee

| | |
|---|---|
| This _____ day of_____, _____ | This _____ day of_____, _____ |
| Mark Luttrell Jr., Sheriff | Mark Luttrell Jr., Sheriff |
| By_____D.S. | By_____D.S. |
| Came to hand same day issued and executed as commanded on _____ | Came to hand same day issued and executed as commanded on _____ |
| This _____ day of_____, _____ | This _____ day of_____, _____ |
| Mark Luttrell Jr., Sheriff | Mark Luttrell Jr., Sheriff |
| By_____D.S. | By_____D.S. |

For Assistance in accessing the Courthouse: Tom Stone (901) 379-7890 E-mail: stone-
t@co.shelby.tn.us

**Exhibit A**



CORPORATION SERVICE COMPANY®

# Notice of Service of Process

CHS / ALL
**Transmittal Number: 7634567**
Date Processed: 05/10/2010

| | |
|---|---|
| **Primary Contact:** | Bruce Buttaro<br>Liberty Mutual Insurance Company<br>175 Berkeley Street<br>Boston, MA 02117 |

| | |
|---|---|
| **Entity:** | Liberty Mutual Group Inc.<br>Entity ID Number  2541558 |
| **Entity Served:** | Liberty Mutual Group, Inc., d/b/a Liberty Life Assurance Company of Boston |
| **Title of Action:** | John Vanpelt vs. Liberty Mutual Group, Inc., d/b/a Liberty Life Assurance Company of Boston |
| **Document(s) Type:** | null |
| **Nature of Action:** | Contract |
| **Court:** | Shelby County General Sessions Court, Tennessee |
| **Case Number:** | 1424514 |
| **Jurisdiction Served:** | Tennessee |
| **Date Served on CSC:** | 05/07/2010 |
| **Answer or Appearance Due:** | 05/19/2010 |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Brett A. Hughes<br>901-525-1455 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

*CSC is SAS70 Type II certified for its Litigation Management System.*

2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

## NOTICE

**TO THE DEFENDANT (S)**

Pursuant to Tennessee code annotated 26-2-114; you are hereby given the following notice: Tennessee law provides a four thousand dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt; you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek to counsel of a lawyer.

## AFFIDAVIT

To the best of my information and belief, after investigation of Defendant's employment, I hereby make the affidavit that the Defendant is / is not a member of a military service.

_____

Attorney for Plaintiff or Plaintiff

_____

Notary Public

My Commission Expires: _____