Vanpelt
- v -
Liberty Life

Vanpelt
- v -
Liberty Life

**S. THOMAS ANDERSON**

**CHARMIANE G. CLAXTON**