**Receipt:**

| Intake Clerk: | Receipt Number: | Receipt Date: |
|---|---|---|
| julia | M124008 | 05/17/2010 |



## United States District Court
### Western District of Tennessee

Western Division-Memphis  
167 N. Main, Room 242  
Memphis, TN 38103  
(901) 495 - 1200

Eastern Division-Jackson  
Room 262, 111 South Avenue  
Jackson, TN 38301  
(731) 421-9200

Received From:  
**M. CLARK SPODEN**

Cash:  
Check:  
Credit:           $350.00  
Money Order:  
EFT:  
Total Amount Owed: $350.00  
Total Amount Paid:  $350.00  
Change:                $.00

### Receipt Details

1  Civil Filing Fee   Amount Owed:           $350.00  
   Case Number 2:10CV2364  
   VANPELT vs LIBERTY LIFE

Total Lines: 1    Total Amount:    $350.00

Page 1 of 1